1  OLIVIER A. TAILLIEU (SBN 206546)
     otaillieu@ztllp.com
2  RAFFI ZEROUNIAN (SBN 236388)
     rzerounian@ztllp.com
3  **ZUBER & TAILLIEU LLP**
   777 S. Figueroa Street, 37th Floor
4  Los Angeles, California 90017
   Telephone: (213) 596-5620
5  Facsimile: (213) 596-5621

6  Attorneys for Plaintiff QUADY WINERY INC.

7  ROBERT W. SACOFF (*pro hac vice* motion to be filed)
     rws@pattishall.com
8  SETH I. APPEL (SBN 233421)
     sia@pattishall.com
9  **PATTISHALL, McAULIFFE, NEWBURY,
   HILLIARD & GERALDSON LLP**
10 311 S. Wacker Drive, Suite 5000
   Chicago, IL 60606
11 Telephone: (312) 554-8000
   Facsimile:  (312) 554-8015

12
   Attorneys for Defendants FREIXENET AMERICA, INC.
13 and FREIXENET USA, INC. (and unserved defendant
   FREIXENET, S.A.)
14

15
                     **UNITED STATES DISTRICT COURT**
16
              **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**
17

18

| | |
|---|---|
| QUADY WINERY INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>FREIXENET AMERICA, INC., a California corporation; FREIXENET USA, INC., a Delaware corporation; FREIXENET, S.A., a Spain corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO. 1:11−CV−01474−AWI-BAM<br><br>**The Honorable Barbara A. McAuliffe**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Civil Local Rule 144, Plaintiff Quady Winery Inc. ("Quady Winery") and Defendants Freixenet America, Inc., Freixenet USA, Inc., Freixenet, S.A. (collectively "Freixenet") hereby stipulate to allow Freixenet to file an Answer or otherwise respond to Quady Winery's Complaint by February 23, 2012. The parties also jointly request the Court to continue the case management conference currently set for February 6, 2012 at 8:30 a.m. to March 6, 2012, or as soon thereafter as counsel may be heard, with the initial case management, ADR, and initial disclosure deadlines rescheduled accordingly from the new case management conference date.

### 1. Reason for Request

Quady Winery filed its Complaint against Freixenet on September 1, 2011. On December 1, 2011, Quady Winery's Complaint was served upon Freixenet America, Inc. and Freixenet USA, Inc. The parties request this stipulation to permit the parties to further explore settlement. Thus far, the parties have agreed to settlement in principal and are currently negotiating the terms of a written settlement agreement. The parties hope to resolve this matter amicably before Freixenet's stipulated deadline to file its response to Quady Winery's Complaint.

### 2. Prior Time Modifications

Quady Winery previously provided Freixenet USA, Inc. and Freixenet USA, Inc. with a 30-day extension of time to respond to the Complaint through January 23, 2012.

### 3. Effect of Requested Modification

The requested extension will have no effect on the rest of the schedule in this action. NOW, THEREFORE, the parties to this action, through their respective counsel, AGREE TO AND HEREBY STIPULATE, to reschedule the case management conference and related deadlines as follows:

1. Freixenet America, Inc. and Freixenet USA, Inc. shall file and serve their response to Quady Winery's Complaint by no later than February 23, 2012;

2. The Court's case management conference, currently scheduled for February 6, 2012 at 8:30 a.m., shall be continued to March 6, 2012, or as soon thereafter as counsel may be heard; and the initial case management, ADR, and initial disclosure deadlines shall be rescheduled

/ / /

accordingly from the new case management conference date.

Dated: January 19, 2012                    Respectfully submitted:

                                            OLIVIER TAILLIEU
                                            RAFFI V. ZEROUNIAN
                                            **ZUBER & TAILLIEU LLP**

                                By:   */s/Raffi V. Zerounian*
                                Attorneys for Plaintiff QUADY WINERY INC.

Dated: January 19, 2012                    Respectfully submitted:

                                            ROBERT W. SACOFF (pro hac vice motion to be filed)
                                            SETH I. APPEL
                                            **PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP**

                              By:   */s/ Seth I. Appel*
                                Attorneys for Defendants FREIXENET AMERICA, INC.; FREIXENET USA, INC.; FREIXENET, S.A.

I, Raffi V. Zerounian, am the ECF User whose identification and password are being used to file this document.  I hereby attest that counsel for Defendants has concurred in this filing.

## **ORDER**

Upon reviewing the Stipulation and for good cause being shown, IT IS HEREBY ORDERED that Defendants' answer or responsive pleading is due on or before February 23, 2012.  The Scheduling Conference is continued from February 6, 2012 to March 7, 2012 at 8:30 AM in Courtroom 8 before Judge McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week

prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **January 23, 2012**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE