UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUADY WINERY, INC., | CASE NO. 1: 11-cv-01474-AWI-BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| FREIXENET AMERICA, INC *et al.*, | |
| Defendants. | |

On April 4, 2012, the parties filed a Notice of Settlement indicating that a settlement has been reached. (Doc. 20.) Pursuant to Local Rule 160, this Court ORDERS the parties, **no later than April 25, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   April 5, 2012                              /s/ **Barbara A. McAuliffe**
                                                            UNITED STATES MAGISTRATE JUDGE