OLIVIER A. TAILLIEU (SBN 206546)
*otaillieu@ztllp.com*
RAFFI ZEROUNIAN (SBN 236388)
*rzerounian@ztllp.com*
**ZUBER & TAILLIEU LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiff QUADY WINERY INC.

FILED
JUN 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| QUADY WINERY INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREIXENET AMERICA, INC., a California corporation; FREIXENET USA, INC., a Delaware corporation; FREIXENET, S.A., a Spain corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-01474-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Quady Winery Inc. hereby dismisses its Complaint in this matter against defendants Freixenet America, Inc., Freixenet USA, Inc., and Freixenet, S.A., with prejudice.

Dated: April 23, 2012

Respectfully submitted:

OLIVIER TAILLIEU
RAFFI V. ZEROUNIAN
ZUBER & TAILLIEU LLP

By: */s/Raffi V. Zerounian*
Attorneys for Plaintiff QUADY WINERY INC.

It is so Ordered. Dated: 6-1-12

_____
~~United States District Judge~~

1672-1001 / 253029.1